# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| McSHAWN ANTOINE MACK | )   Case No:   5:11-2384-MBS |
| | )   USM No:   96590-071 |
| Date of Original Judgment:   7/25/12 | ) |
| Date of Previous Amended Judgment:   10/29/15 | )   Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   ■ the defendant   ❑ the Director of the Bureau of Prisons   ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

     ■ DENIED.    ❑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Amendment 794 is not retroactively applicable. <u>See United States v. McNeill</u>, 671 F. App'x 67 (4th Cir. 2016).

Except as otherwise provided, all provisions of the judgment dated   10/29/15   shall remain in effect.

**IT IS SO ORDERED**.

Order Date:     August 18, 2017            /s/ Margaret B. Seymour
                                                  *Judge's signature*

Effective Date: _____       Margaret B. Seymour, Senior United States District Judge
           *(if different from order date)*                      *Printed name and title*